UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIE THOMAS GOSIER,

        Plaintiff,

       -v-                       6:23-CV-1119

UTICA POLICE DEPARTMENT *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                        OF COUNSEL:

WILLIE THOMAS GOSIER
Plaintiff, Pro Se
24067
Oneida County Correctional Facility
6075 Judd Road
Oriskany, NY 13424

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On September 1, 2023, *pro se* plaintiff Willie Thomas Gosier ("plaintiff"), who is confined at Oneida County Correctional Facility, filed this action alleging that various defendants employed by the City of Utica violated his civil rights. Dkt. No. 1. Along with his complaint, plaintiff also sought leave to proceed *in forma pauperis* ("IFP Application"). Dkt. Nos. 2, 4–5.

On November 14, 2023, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's IFP Application, conducted an initial review of his pleading, and advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to amend. Dkt. No. 8.

Plaintiff has not filed objections to the R&R. In the ordinary course, this Court would review the R&R and, if it was accepted and adopted, would set a thirty-day period in which plaintiff could submit an amended complaint that conforms with the instructions set forth by Judge Dancks.

Here, however, plaintiff has skipped a step: he has just gone ahead and filed an amended pleading. Dkt. No. 9. Thus, upon review for clear error, the R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b). The amended pleading will be referred to Judge Dancks for review as appropriate.

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 8) is ACCEPTED;

2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED with leave to amend; and

3. Plaintiff's amended complaint (Dkt. No. 9) is REFERRED to Judge Dancks for further review as appropriate.

The Clerk of the Court is directed to terminate the pending motion and set the referral appropriately.

- 3 -

IT IS SO ORDERED.

Dated: November 30, 2023
       Utica, New York.

David N. Hurd
U.S. District Judge